SERITA A. RIOS, SBN# 246568
Law Office of Serita A. Rios
1100 W. Shaw Avenue, Suite 120
Fresno, California  93711
Telephone (559) 222-5800
Facsimile (559) 222-5801

Attorney for Defendant LINO MUNOZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:09-CR-00036  LJO |
| Plaintiff, | ) **STIPULATION** |
| vs. | ) **GRANTING TRAVEL;** |
| | ) **DECLARATION OF DEFENDANT;** |
| LINO MUNOZ, et al., | ) **AND ORDER** |
| Defendants. | ) |

   IT IS HEREBY STIPULATED by and between counsel for the government and counsel for defendant that defendant, LINO MUNOZ, be permitted to travel within the United States from November 12, 2010, through November 21, 2010.

   This stipulation was requested by defense counsel for Defendant, LINO MUNOZ, due to the fact that Mr. MUNOZ's fiancé resides in Providence, Rhode Island.  During the time in which Mr. MUNOZ has been pending criminal charges Pretrial Services has approved previous trips to Providence, Rhode Island for this purpose.

-1-

WHEREFORE the parties request that the Court approved the attached order permitting travel.

Dated: October 29, 2010        /s/ serita a. rios
                               _____
                               **SERITA A. RIOS**
                               Attorney for Defendant

Dated: October 29, 2010        /s/ laurel montoya
                               _____
                               **LAUREL MONTOYA**
                               Assistant U.S. Attorney

# O R D E R

Counsel having stipulated that defendant, LINO MUNOZ, be permitted to travel within the United States from November 12, 2010, through November 21, 2010, **IT IS SO ORDERED** that defendant, LINO MUNOZ, be allowed to travel within the United States from November 12, 2010, through November 21, 2010.

DATED: 10/29/2010

                               /s/ LAWRENCE J. O'NEILL
                               **LAWRENCE O'NEILL**
                               Magistrate Judge, U. S. District Court